AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| NETVUE TECHNOLOGIES CO., LTD. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-CV-00373-vmc |
| EVERGREEN ENTERPRISES OF VIRGINIA, LLC | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Evergreen Enterprises of Virginia, LLC
c/o Corporation Service Company
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Albert M. Myers
Al Myers Law, LLC
Suite 500
1050 Crown Pointe Parkway
Atlanta, GA 30338

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*